# United States Court of Appeals
## For the First Circuit

No. 16-1405

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ A. GARCÍA-ORTIZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 17, 2018, is amended as follows:

On page 17, line 4, the word "concurrent" is replaced with "consecutive."